# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> vs. ) <br> MARIA DE LOS ANGELES GUZMAN, ) <br> Defendant(s) ET AL ) | 08CR 348-JAH <br> CRIMINAL NO. 08mj266 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. |

Leo S. Papas

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

HUGO SOTO - VERA

DATED: 2/12/08

Leo S. Papas
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by G. Jandulu
Deputy Clerk
J. Jaenect

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082