UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08CR3418-JAH |
| Plaintiff | ) | CRIMINAL NO. 08mj266 |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| MARIA DE LOS ANGELES GUZMAN, ET AL. | ) | |
| Defendant(s) | ) | Booking No. |

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Jose Guadalupe De La Cruz - Salazar

DATED: 2/12/08

**Leo S. Papas**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____   OR
          DUSM

W. SAMUEL HAMRICK, JR. Clerk

by _____
   Deputy Clerk

J. Jarack

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-561-774/70082